IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN CHOYCE, | ) | No. C 10-0467 JSW (PR) |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** |
| DEPUTY TAFOLLA, | ) ) | |
| Defendant. | ) ) | (Docket Nos. 2, 4) |
| | ) | |

      Plaintiff Benjamin Choyce, incarcerated at Santa Rita County Jail, has filed a civil rights complaint regarding the conditions of his confinement at the jail.  Plaintiff has filed a motion to proceed *in forma pauperis*, which is GRANTED in a separate order, filed simultaneously (docket no. 2).  On March 24, 2010, Plaintiff moved to voluntarily dismiss the complaint (docket no. 4).  Plaintiff's motion to dismiss is GRANTED and this complaint is hereby DISMISSED without prejudice.

      IT IS SO ORDERED.

DATED: May 3, 2010

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN CHOYCE,

        Plaintiff,

  v.

DEPUTY TAFOLLA et al,

        Defendant.
                                          /

Case Number: CV10-00467 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin C. Choyce
#2380465
5325 Broder Blvd.
Dublin, CA 94568

Dated: May 3, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk